IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INGEAR CORPORATION, | ) | Case No. 08-02824 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

## CERTIFICATE OF SERVICE

I, Brian A. Audette, an attorney, certify that I caused to be served upon the parties named on the attached service list a true and correct copy of the **Notice of Final Hearing**, by First Class U.S. Mail, by 5:00 p.m. on February 15, 2008.

Date: February 15, 2008

/s/ Brian A. Audette

## SERVICE LIST

| | |
|---|---|
| **Richard M. Bendix, Jr.**<br>**David E. Beker**<br>Schwartz Cooper Chartered<br>180 N. LaSalle Street, Suite 2700<br>Chicago, IL 60601<br>**Attorneys for LaSalle Business Credit, LLC** | **Matthew T. Gensburg**<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>**Attorneys for HIG Capital Management** |
| **Larry Gutkin, CEO**<br>InGEAR Corporation<br>650 Lake Cook Road<br>Buffalo Grove, IL 60089 | Chang Zhou Hanton Luggage Co, Ltd.<br>No. 53, Danfeng Road<br>Jintan, Changzhou<br>Jiang Su, China |
| Shanghai Neoent Industrial Co., Ltd.<br>3rd Industrial Park, Guang Ming<br>Town, Feng Xian District<br>Shanghai, China | John Wide Co., Ltd.<br>Jinyu-Ling Industry Scope Sang, Yuan<br>Dongguan City, China |
| HKM International<br>Room No. 301<br>Knutsford Comm. Building Nos. 4-5<br>Knutsford Terrace, Tsim Sha Tsui<br>Kowloon, Hong Kong | Pinhu Zhong Tian Luggage & Bags Ltd.<br>Yuqitang, Xingdai Town, Pinghu City<br>Zhejiang Privince, China |
| Synergies Asia<br>4F., No.32 Mincyuan Road<br>Yonghe City, Taipei County 234<br>Taiwan (ROC), Rep of China | Daiyan Wanhua Luggages & Bags Co, Ltd.<br>No. 8 Industrial Center<br>Xinage Brigde Town, Haiyan City<br>Zhejiang Province, China |
| Airleaf Worldwide Holdings Limited<br>Cross Pingxing Rd and Shanxin Road<br>Xindai Town, Pinghu, 314211 P.R. China | Zhejiang Winsun Imp & Exp Co. Ltd.<br>8 Youyi Road, Jiaxing<br>Zhejiang, China 314501 |
| **Gretchen Silver**<br>Office of U.S. Trustee<br>227 West Monroe Street<br>Suite 3350<br>Chicago, IL 60606 | Goodship International, Inc.<br>699 Lively Boulevard<br>Elk Grove Village, Illinois 60007 |
| Peninsula Capital Partners, LLC<br>535 Griswold Street<br>Suite No. 2050<br>Detroit, Michigan 48226 | World Commerce Services LLC<br>Department No. 4350<br>Carol Stream, Illinois 60122-4350 |

67473-0001/LEGAL13982833.1

| | |
|---|---|
| Ira Kharasch<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th floor<br>Los Angeles, California 90067-4100 | Lincoln International<br>500 West Madison Street<br>Suite No. 3900<br>Chicago, Illinois 60661 |
| RIM Logistics<br>Department No. 4026<br>Post Office Box 4653<br>Oakbrook, Illinois 60522-4653 | LS & W Productions<br>6371 NE 14th Street<br>Des Moines, Iowa 50313 |
| Twin Building Management<br>Attn: Dr. Glazer<br>P.O. Box 932<br>Highland Park, IL 60035 | Newtek Data Systems<br>1845 Hicks Road<br>Rolling Meadows, Illinois 60008-1269 |
| Coleman Company, Inc.<br>3600 North Hydraulic<br>Wichita, Kansas 67219 | Empire Distributors<br>4462 East Airport Drive<br>Ontario, California 91761 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| INGEAR CORPORATION, ) | Case No. 08-02824 |
| ) | |
| Debtor. ) | Hon. Pamela S. Hollis |
| ) | |

### NOTICE OF FINAL HEARING

TO: ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on February 12, 2008, the Debtor filed the following applications: (i) to Employ Perkins Coie LLP as Bankruptcy Counsel; and (ii) to Employ Harney Management Partners, LLC as Financial Advisor (collectively, the "Professional Applications"), copies of which have already been served upon you.

**PLEASE TAKE FURTHER NOTICE** that the final hearing on the Professionals Applications is scheduled for March 13, 2008 at 10:30 a.m. at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in Room 644.

PERKINS COIE LLP
Daniel A. Zazove (ARDC # 3104117)
Brian A. Audette (ARDC # 6277056)
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400
e-mail: dzazove@perkinscoie.com
e-mail: baudette@perkinscoie.com

Proposed Attorneys for the Debtor