# EXHIBIT A

## Approved Budget

**InGear**
**Cash Flow and Collateral Projections for Liquidation Period** PRELIMINARY DRAFT

1 All inventory is being sold the week of 3/14/08 in a liquidation sale which will have been pre-negotiated, sale is estimated to be at 30% of cost.

2 The company providing InGear's internet, computer and communication services with the California warehouse, is owed $90,000, extra expenses are in February to provide for moving computer systems, add'l money is in March for them.

3 Projection assumes that the bank will prevail on the matter of the California Warehouse's lien on processing charges. The only payments being shown going to them are for current charges and for the outstanding storage charges.

4 Beginning AR has all deductions that the Company has had taken by customers and/or have been notified of by a customer. It also excludes the $418,000 due to them from WalMart International

5 Company is discontinuing credit insurance

6 All property, workers' comp and liability coverages remain in force.

7 Employee dental, vision and disability coverages are dropped as of 2/1/08, medical continues on, the only expenses reflected are for the continuing employees

8 Rent on the office has been negotiated to $10,000 per month

9 $17,000 is paid to Chicago warehouse to catch up on amounts due and to allow for release of merchandise.

10 There is and estimated $4,941,000 of LC business lined up with WalMart for which InGear will realize a 9% profit. Profit is being added to AR on date of sale with collection followed five weeks later. $816,000 of these orders have been received.

11 Existing AR and Regular sales are projected to be paid @ 93% now that the retailer end of year deductions have been taken. Balances are projected to be paid approximately 6 weeks after sale date.

EXHIBIT A

PRELIMINARY DRAFT

**InGear Corp**
**Weekly Collateral and Cash Analysis**

| | WK1 Budgeted | WK2 Budgeted | WK3 Budgeted | Month of February Post Petition Budgeted | WK4 Budgeted | WK5 Budgeted | WK6 Budgeted | WK7 Budgeted | Month of March Budgeted |
|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 2/8 to 2/15 | 02/22/2008 | 02/29/2008 | | 03/07/2008 | 03/14/2008 | 03/21/2008 | 03/28/2008 | |
| ***ACCOUNTS RECEIVABLE*** | 5 | 5 | 5 | 20 | 5 | 5 | 5 | 5 | 20 |
| **BEGINNING BALANCE** | $ 2,335,477 | $ 1,943,677 | $ 1,525,077 | $ 2,335,477 | $ 889,677 | $ 962,577 | $ 566,777 | $ 578,377 | $ 889,677 |
| **SALES** | | | | | | | | | |
| Liquidation Sales estimated @ 30% | | | | | | 1,565,000 | | | 1,565,000 |
| Other | | | | | | | | | |
| Net Margin on WalMart Sales | | | | | 73,400 | 22,500 | 22,500 | 40,500 | 158,900 |
| Discounts | | | | | | | | | |
| Deductions estimated @ 5% of Cash Receipts excl receipts fr Liquidation sales and LC sales) | (19,600) | (19,900) | (30,300) | (69,800) | | (19,580) | (500) | (19,900) | (40,380) |
| Total Sales | $ (19,600) | $ (19,900) | $ (30,300) | $ (69,800) | $ 73,400 | $ 1,567,600 | $ 22,000 | $ 20,600 | $ 1,683,600 |
| **CASH RECEIPTS** | | | | | | | | | |
| Cash - Net | | | | | | | | | |
| Receipts on AR Existing as of 1/30/08 | 392,200 | 398,700 | 605,100 | 1,396,000 | 500 | 398,400 | 10,400 | 397,500 | 806,800 |
| Receipts on LC Sales to WalMart - 3 wks after sa | | | | | | | | | |
| Receipts on sales | | | | | | 1,565,000 | | | 1,565,000 |
| Total Cash Receipts | $ 392,200 | $ 398,700 | $ 605,100 | $ 1,396,000 | $ 500 | $ 1,963,400 | $ 10,400 | $ 397,500 | $ 2,371,300 |
| ENDING ACCOUNTS RECEIVABLE BALANCE | $ 1,943,677 | $ 1,525,077 | $ 889,677 | $ 889,677 | $ 962,577 | $ 566,777 | $ 578,377 | $ 201,477 | $ 201,477 |
| | $ 412,825 | $ 419,728 | $ 636,964 | $ 1,914,265 | $ 495 | $ 415,336 | $ 10,962 | $ 418,378 | $ 399,647 |
| **INVENTORY:** | | | | | | | | | |
| ***ON HAND INVENTORY (incl. WIP):*** | | | | | | | | | |
| **BEGINNING BALANCE** | $ 5,126,967 | $ 5,172,659 | $ 5,172,659 | $ 5,126,967 | $ 5,217,661 | $ 5,217,661 | $ - | $ - | $ 5,217,661 |
| Plus: Intransit Receipts | 29,670 | - | 29,222 | 58,892 | - | - | - | - | - |
| Plus: Overhead Allocation | 16,022 | - | 15,780 | 31,802 | - | - | - | - | - |
| Less: Cost of Sales | | | | - | | | | | - |
| Liquidation Sales | - | - | - | - | - | 5,217,661 | - | - | 5,217,661 |
| Less: Adjustments | | | | - | | | | | - |
| **ENDING BALANCE On Hand** | $ 5,172,659 | $ 5,172,659 | $ 5,217,661 | $ 5,217,661 | $ 5,217,661 | $ - | $ - | $ - | $ - |
| ***INTRANSIT INVENTORY:*** | | | | | | | | | |
| **BEGINNING BALANCE** | $ 58,892 | $ 29,222 | $ 29,222 | $ 58,892 | $ - | $ - | $ - | $ - | $ - |
| Plus: Purchases on Credit | | - | - | - | | | | | - |
| Plus: Purchases - COD | | | | - | | | | | - |
| Less: Receipts into On Hand | 29,670 | | 29,222 | 58,892 | | | | | - |
| Less: Adjustments | | | | - | | | | | - |
| **ENDING BALANCE IN Transit Inventory** | $ 29,222 | $ 29,222 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL INVENTORY** | $ 5,201,881 | $ 5,201,881 | $ 5,217,661 | $ 5,217,661 | $ 5,217,661 | $ - | $ - | $ - | $ - |

PRELIMINARY DRAFT

**InGear Corp**
**Weekly Collateral and Cash Analysis**

| | WK1 Budgeted | WK2 Budgeted | WK3 Budgeted | Month of February Post Petition Budgeted | WK4 Budgeted | WK5 Budgeted | WK6 Budgeted | WK7 Budgeted | Month of March Budgeted |
|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 2/8 to 2/15 | 02/22/2008 | 02/29/2008 | | 03/07/2008 | 03/14/2008 | 03/21/2008 | 03/28/2008 | |
| **CASH DISBURSEMENTS** | | | | | | | | | |
| Duties | | | | - | | | | | |
| Ocean Freight | 5,000 | | 5,000 | 10,000 | | | | | - |
| Warehousing - Storage Charges | | 17,000 | | 17,000 | | | | | - |
| Warehousing - Order Processing Charges | - | - | - | - | 52,600 | | 575,000 | | 637,600 |
| Royalties | | | | - | - | 73,200 | - | - | 73,200 |
| Sales Reps Commissions | - | - | - | - | | 43,200 | - | | 43,200 |
| Credit Insurance - Sears/Kmart | - | - | - | - | - | - | - | - | - |
| Credit Insurance - Other | - | - | - | - | - | - | - | - | - |
| Cartons/Printing | | | | - | - | | - | - | - |
| EDI Service - Clark | | | | - | | | | | - |
| Computer Services ???? (owed approx $90k) | | 10,000 | | 10,000 | | | | | - |
| Freight / WH Sample Charges | 7,500 | 7,500 | | 15,000 | | 4,000 | | | 4,000 |
| Travel expenses for Selling Mdse | 3,000 | 3,000 | | 6,000 | | | | | - |
| Inventory and Selling Expenses | 15,500 | 37,500 | 5,000 | 58,000 | 62,600 | 120,400 | 575,600 | - | 758,000 |
| Operating Expenses | - | | | | | | | | |
| Payroll - Gross | | 41,900 | | 41,900 | 20,500 | | 10,700 | | 35,600 |
| Amt funded & Payroll Checking | | | | - | (20,500) | | (10,700) | | (31,600) |
| Employer's Payroll Taxes | 73,832 | 3,900 | | 77,752 | 1,900 | | 900 | | 2,800 |
| Employees 401k Elections | | | | - | | | | | - |
| Health Insurance | | 6,000 | | 6,000 | | 2,000 | | | 3,000 |
| Insurance - WC, Prop & Liab | 22,500 | | | 22,500 | 22,500 | | | | 22,500 |
| Lease and Rent | 10,000 | | | 10,000 | 10,000 | | | | 10,000 |
| D&O Insurance | 2,859 | | | 2,859 | | | | | - |
| Auto Expense | | | | - | | | | | - |
| Employee Expenses | | | | - | | | | | - |
| Accounting and Payroll Tax Services | | | 1,000 | 1,000 | | | | 500 | 500 |
| Legal | | | | - | 10,000 | 10,000 | 10,500 | 10,000 | 40,000 |
| Other | 1,000 | 2,000 | 1,000 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Shanghai Office Closure expenses | | 7,000 | | 7,000 | | | | | - |
| Utilities | 5,000 | | | 5,000 | 5,000 | | | | 5,000 |
| Total Operating Expenses | 115,191 | 59,800 | 2,000 | 176,991 | 50,400 | 13,000 | 11,900 | 11,500 | 86,800 |
| Other Cash In/Outflows | | | | | | | | | - |
| Interest | 75,000 | | | 75,000 | 2,800 | | | | 2,800 |
| Restructuring Professionals | | 25,000 | 20,000 | 45,000 | 15,000 | 20,000 | 7,500 | 7,500 | 50,000 |
| Other Cash (In)/Outflows | 75,000 | 25,000 | 20,000 | 120,000 | 17,800 | 20,000 | 7,500 | 7,500 | 52,800 |
| Cash Out Flows | (205,691) | (122,300) | (27,000) | (354,991) | (130,800) | (153,400) | (594,400) | (19,000) | (897,600) |

PRELIMINARY DRAFT

**InGear Corp**
**Weekly Collateral and Cash Analysis**

| | WK1 Budgeted | WK2 Budgeted | WK3 Budgeted | Month of February Post Petition Budgeted | WK4 Budgeted | WK5 Budgeted | WK6 Budgeted | WK7 Budgeted | Month of March Budgeted |
|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 2/3 to 2/15 | 02/22/2008 | 02/29/2008 | | 03/07/2008 | 03/14/2008 | 03/21/2008 | 03/28/2008 | |
| WalMart Sales Made thru Back to Back LC's | | | | - | 816,000 | 250,000 | 250,000 | 450,000 | 1,766,000 |
| **Prepetition Debt:** | | | | | | | | | |
| Beginning Balance | 8,944,259 | 8,552,059 | 8,153,359 | 8,944,259 | 7,548,259 | 7,547,759 | 5,584,359 | 5,573,959 | 7,548,259 |
| Additions | | | | | | | | | |
| AR Cash Receipts | (392,200) | (398,700) | (605,100) | (1,396,000) | (500) | (1,963,400) | (10,400) | (197,500) | (2,371,830) |
| Payments to Vendor | | | | | | | | | |
| Payments on LC's | | | | | | | | | |
| Non AR Cash Receipts - Walmart LC's | | | | | | | | | |
| Change | (392,200) | (398,700) | (605,100) | (1,396,000) | (500) | (1,963,400) | (10,400) | (197,500) | (2,371,800) |
| Ending Loan Balance | 8,552,059 | 8,153,359 | 7,548,259 | 7,548,259 | 7,547,759 | 5,584,359 | 5,573,959 | 5,176,459 | 5,176,459 |
| | | | | 7.89% | | | | | 7.89% |
| **DIP Loan:** | | | | | | | | | |
| Beginning Balance | - | 205,691 | 815,114 | - | 842,114 | 1,133,009 | 1,341,127 | 1,935,527 | 842,114 |
| Additions | 205,691 | 122,300 | 27,800 | 354,591 | 130,800 | 153,400 | 594,400 | 19,000 | 897,600 |
| AR Cash Receipts | | | | | | | | | |
| Payments to Vendor | | | | | | | | | |
| Payments on LC's | | 487,123 | | 457,123 | 160,095 | 54,718 | - | 44,625 | 259,438 |
| Non AR Cash Receipts - Walmart LC's | | | | | | | | | |
| Change | 205,691 | 609,423 | 27,000 | 142,114 | 290,895 | 208,118 | 594,400 | 63,625 | 897,606 |
| Ending Loan Balance | 205,691 | 815,114 | 842,114 | 842,114 | 1,133,009 | 1,341,127 | 1,935,527 | 1,999,152 | 1,999,152 |
| | | | | 7.89% | | | | | 7.89% |
| **Letters of Credit Outstanding:** | | | | | | | | | |
| Beginning Balance | 776,243 | 776,243 | 289,120 | 776,243 | 289,120 | 941,023 | 1,140,307 | 1,390,307 | 289,120 |
| Add'l LC's | | | | - | 816,000 | 250,000 | 250,000 | 450,000 | 1,766,000 |
| Payments on LC's | | 487,123 | | 487,123 | 160,095 | 54,718 | | 44,615 | 259,438 |
| Ending Letters of Credit O/S | 776,243 | 289,120 | 289,120 | 289,120 | 945,025 | 1,140,307 | 1,390,307 | 1,795,682 | 1,795,682 |
| **Total Bank Exposure** | 9,533,993 | 9,257,593 | 8,679,493 | 4,679,493 | 9,625,793 | 8,065,793 | 8,899,793 | 8,971,293 | 8,971,293 |
| **BORROWING BASE:** | | | | | | | | | |
| Accounts Receivable Balance | 1,943,677 | 1,525,377 | 885,677 | 889,677 | 962,577 | 566,777 | 576,377 | 201,477 | 201,477 |
| Total Ineligibles | 50,000 | 50,000 | 50,000 | 50,000 | 123,400 | 140,900 | 140,900 | 201,477 | 201,477 |
| Eligible Accounts Receivable | 1,893,677 | 1,475,077 | 839,677 | 839,677 | 839,177 | 425,877 | 437,477 | - | - |
| Advance Rate | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% |
| Available Accounts Receivable | 1,609,625 | 1,253,815 | 713,725 | 713,725 | 713,300 | 361,995 | 371,855 | - | - |
| Inventory: | | | | | | | | | |
| Inventory in Transit | 29,222 | 29,222 | - | - | | | | | |
| Inventory on Hand | 5,172,659 | 5,172,659 | 5,217,661 | 5,217,661 | 5,217,661 | - | - | - | - |
| Total Inventory | 5,201,881 | 5,201,881 | 5,217,661 | 5,217,661 | 5,217,661 | - | - | - | - |
| Ineligible Inventory | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | | | | - |
| Eligible Inventory | 5,116,881 | 5,116,881 | 5,132,661 | 5,132,661 | 5,132,661 | - | - | - | - |
| Advance Rate | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| Availability from Inventory | 3,070,128 | 3,070,128 | 3,079,596 | 3,079,596 | 3,079,596 | - | - | - | - |
| LC's issued to InGear fr Walmart | | | | - | 816,000 | 1,066,000 | 1,316,000 | 1,766,000 | 1,766,000 |
| Total Availability fr A/R, Inven & LC Col | 4,679,754 | 4,323,944 | 3,793,322 | 3,793,322 | 4,608,897 | 1,427,995 | 1,687,855 | 1,766,000 | 1,766,000 |
| Cap | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 |
| Lesser of Eligible Collateral or Cap | 4,679,754 | 4,323,944 | 3,793,322 | 3,793,322 | 4,608,897 | 1,427,995 | 1,687,855 | 1,766,000 | 1,766,000 |
| Less: Current Line Balance | 8,552,059 | 8,153,359 | 7,548,259 | 7,548,259 | 7,547,759 | 5,584,359 | 5,573,959 | 5,176,459 | 5,176,459 |
| Less Ending Letters of Credit O/S | 776,243 | 289,120 | 289,120 | 289,120 | 945,025 | 1,140,307 | 1,390,307 | 1,795,682 | 1,795,682 |
| Available (Overadvance) | (4,648,548) | (4,118,535) | (4,044,057) | (4,044,057) | (3,883,887) | (5,296,670) | (5,276,410) | (5,206,141) | (5,206,141) |

PRELIMINARY DRAFT

**InGear Corp**
**Weekly Collateral and Cash Analysis**

| | WK8 Budgeted | WK9 Budgeted | WK10 Budgeted | WK11 Budgeted | WK12 Budgeted | Month of April Budgeted | WK13 Budgeted | WK14 Budgeted | WK15 Budgeted | WK16 Budgeted | Month of May Budgeted | From 1/31 to 5/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 04/04/2008 | 04/11/2008 | 04/18/2008 | 04/25/2008 | 05/02/2008 | | 05/09/2008 | 05/16/2008 | 05/23/2008 | 05/30/2008 | | |
| *ACCOUNTS RECEIVABLE* | 5 | 5 | 5 | 4 | 5 | 25 | 5 | 5 | 5 | 5 | 20 | |
| BEGINNING BALANCE | $ 201,477 | $ 222,977 | $ 203,577 | $ 226,077 | $ 248,577 | $ 201,477 | $ 253,077 | $ 273,277 | $ 246,277 | $ 201,277 | $ 253,077 | $ 2,355,477 |
| **SALES** | | | | | | | | | | | | |
| Liquidation Sales estimated @ 30% | | | | | | - | | | | | - | |
| Other | | | | | | - | | | | | - | 1,565,000 |
| Net Margin on WalMart Sales | 24,800 | 54,000 | 45,000 | 45,000 | 45,000 | 213,800 | 45,000 | 27,000 | | - | 72,000 | 444,700 |
| Discounts | | | | | | | | | | | | - |
| Deductions estimated @ 5% of Cash Receipts excl receipts fr Liquidation sales and LC sales) | (200) | - | - | - | - | (200) | - | | - | - | - | (110,300) |
| Total Sales | $ 24,600 | $ 54,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 213,600 | $ 45,000 | $ 27,000 | $ - | $ - | $ 72,000 | $ 1,899,400 |
| **CASH RECEIPTS** | | | | | | | | | | | | |
| Cash - Net | | | | | | | | | | | | |
| Receipts on AR Existing as of 1/30/08 | 3,100 | - | - | - | - | 3,100 | | | | | - | 2,205,900 |
| Receipts on LC Sales to WalMart - 5 wks after sal | - | 73,400 | 22,500 | 22,500 | 40,500 | 158,900 | 24,800 | 54,000 | 45,000 | 45,000 | 168,800 | 327,700 |
| Receipts on sales | - | - | - | - | - | - | - | - | - | - | - | 1,565,000 |
| Total Cash Receipts | $ 3,100 | $ 73,400 | $ 22,500 | $ 22,500 | $ 40,500 | $ 162,000 | $ 24,800 | $ 54,000 | $ 45,000 | $ 45,000 | $ 168,800 | $ 4,098,600 |
| ENDING ACCOUNTS RECEIVABLE BALANCE | $ 222,977 | $ 203,577 | $ 226,077 | $ 248,577 | $ 253,077 | $ 253,077 | $ 273,277 | $ 246,277 | $ 201,277 | $ 156,277 | $ 156,277 | $ 156,277 |
| | $ 3,273 | $ - | $ 41 | $ - | | | | | | | | |
| INVENTORY: | | | | | | | | | | | | |
| *ON HAND INVENTORY (incl WIP):* | | | | | | | | | | | | |
| BEGINNING BALANCE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,326,967 |
| Plus: Interest Receipts | - | - | - | - | - | - | - | - | - | - | - | 58,892 |
| Plus: Overhead Allocation | - | - | - | - | - | - | - | - | - | - | - | 31,802 |
| Less: Cost of Sales | - | - | - | - | - | - | - | - | - | - | - | - |
| Liquidation Sales | - | - | - | - | - | - | - | - | - | - | - | 5,217,661 |
| Less: Adjustments | | | | | | - | | | | | - | - |
| ENDING BALANCE On Hand | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *INTRANSIT INVENTORY:* | | | | | | | | | | | | |
| BEGINNING BALANCE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 58,892 |
| Plus: Purchases on Credit | | | | | | - | | | | | - | - |
| Plus: Purchases - COD | | | | | | - | | | | | - | - |
| Less: Receipts into On Hand | | | | | | - | | | | | - | 58,892 |
| Less: Adjustments | | | | | | - | | | | | - | - |
| ENDING BALANCE IN Transit Inventory | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL INVENTORY | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

PRELIMINARY DRAFT

**InGear Corp**
**Weekly Collateral and Cash Analysis**

| | WK8 Budgeted | WK9 Budgeted | WK10 Budgeted | WK11 Budgeted | WK12 Budgeted | Month of April Budgeted | WK13 Budgeted | WK14 Budgeted | WK15 Budgeted | WK16 Budgeted | Month of May Budgeted | From 1/31 to 5/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 04/04/2008 | 04/11/2008 | 04/18/2008 | 04/25/2008 | 05/02/2008 | | 05/09/2008 | 05/16/2008 | 05/23/2008 | 05/30/2008 | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | |
| Duties | - | - | - | - | - | - | - | - | - | - | - | - |
| Ocean Freight | | | | | | - | | | | | - | 10,000 |
| Warehousing - Storage Charges | | | | | | - | | | | | - | 654,600 |
| Warehousing - Order Processing Charges | - | - | - | - | - | - | - | - | - | - | - | 73,290 |
| Royalties | | | | | | - | | | | | - | 43,200 |
| Sales Reps Commissions | | | | | | - | | | | | - | - |
| Credit Insurance - Sears/Kmart | | | | | | - | | | | | - | - |
| Credit Insurance - Other | | | | | | - | | | | | - | - |
| Cartons/Printing | | | | | | - | | | | | - | - |
| EDI Service - Clark | | | | | | - | | | | | - | - |
| Computer Services ????(owed approx 392k) | | | | | | - | | | | | - | 14,000 |
| Freight / WH Sample Charges | | | | | | - | | | | | - | 15,000 |
| Travel expenses for Selling Mdse | | | | | | - | | | | | - | 6,000 |
| Inventory and Selling Expenses | - | - | - | - | - | - | - | - | - | - | - | 816,600 |
| Operating Expenses: | | | | | | | | | | | | |
| Payroll - Gross | 2,800 | | 2,800 | | | 5,600 | 2,800 | | 2,800 | 17,800 | 25,400 | 102,500 |
| Amt funded ≠ Payroll Checking | | | | | | - | | | | | - | (31,600) |
| Employer's Payroll Taxes | 200 | | 200 | | | 400 | 200 | | 200 | 1,400 | 1,800 | 82,732 |
| Employees 401k Elections | | | | | | - | | | | | - | - |
| Health Insurance | | | | | | - | | | | | - | 5,000 |
| Insurance - WC, Prop & Liab | | | | | | - | | | | | - | 45,000 |
| Lease and Rent | | | | | | - | | | | | - | 30,000 |
| D&O Insurance | | | | | | - | | | | | - | 2,359 |
| Auto Expense | | | | | | - | | | | | - | - |
| Employee Expenses | | | | | | - | | | | | - | - |
| Accounting and Payroll Tax Services | | | | | | - | | | | | - | 1,500 |
| Legal | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 50,000 | | | | | - | 90,000 |
| Other | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,000 | | | | | - | 12,000 |
| Shanghai Office Closure expenses | | | | | | - | | | | | - | 7,000 |
| Utilities | 500 | | | | | 500 | | | | | - | 19,500 |
| Total Operating Expenses | 14,500 | 11,000 | 14,000 | 11,000 | 11,000 | 61,500 | 3,000 | - | 3,000 | 19,200 | 25,200 | 359,491 |
| Other Cash In/Outflows | | | | | | - | | | | | - | |
| Interest | 9,300 | | | | | 5,300 | 19,200 | | | 30,050 | 45,200 | 136,300 |
| Restructuring Professionals | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 12,500 | | | | | - | 107,500 |
| Other Cash (In)/Outflows | 11,800 | 2,500 | 2,500 | 2,500 | 2,500 | 21,800 | 19,100 | - | - | 30,900 | 49,200 | 243,800 |
| Cash Out Flows | (26,300) | (13,500) | (16,500) | (13,500) | (13,500) | (83,300) | (22,100) | - | (3,000) | (49,200) | (74,400) | (1,410,291) |

PRELIMINARY DRAFT

**InGear Corp**
**Weekly Collateral and Cash Analysis**

| | WK8 Budgeted | WK9 Budgeted | WK10 Budgeted | WK11 Budgeted | WK12 Budgeted | Month of April Budgeted | WK13 Budgeted | WK14 Budgeted | WK15 Budgeted | WK16 Budgeted | Month of May Budgeted | From 1/31 to 5/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 04/04/2008 | 04/11/2008 | 04/18/2008 | 04/25/2008 | 05/02/2008 | | 05/09/2008 | 05/16/2008 | 05/23/2008 | 05/30/2008 | | |
| WalMart Sales Made thru Back to Back LC's | 275,000 | 600,000 | 500,000 | 500,000 | 500,000 | 2,375,000 | 500,000 | 300,000 | - | - | 800,000 | 4,941,000 |
| **Prepetition Debt:** | | | | | | | | | | | | |
| Beginning Balance | 5,176,459 | 5,173,359 | 4,283,959 | 4,011,459 | 3,738,959 | 5,176,459 | 3,248,459 | 2,948,659 | 2,294,659 | 1,749,659 | 3,248,459 | 8,944,259 |
| Additions | | | | | | | | | | | | |
| AR Cash Receipts | (3,100) | (73,400) | (22,500) | (22,500) | (40,500) | (162,000) | (24,800) | (54,000) | (45,000) | (45,000) | (168,800) | (4,098,600) |
| Payments to Vendor | | | | | | | | | | | - | - |
| Payments on LC's | | | | | | | | | | | - | - |
| Non AR Cash Receipts - Walmart LC's | | (816,000) | (250,000) | (250,000) | (450,000) | (1,766,000) | (275,000) | (600,000) | (500,000) | (500,000) | (1,875,000) | (3,641,000) |
| Change | (3,100) | (889,400) | (272,500) | (272,500) | (490,500) | (162,000) | (299,800) | (654,000) | (545,000) | (545,000) | (168,800) | (7,739,600) |
| Ending Loan Balance | 5,173,359 | 4,283,959 | 4,011,459 | 3,738,959 | 3,248,459 | 3,248,459 | 2,948,659 | 2,294,659 | 1,749,659 | 1,204,659 | 1,204,659 | 1,204,659 |
| | | | | | | 7.89% | | | | | 7.89% | |
| **DIP Loan:** | | | | | | | | | | | | |
| Beginning Balance | 1,999,152 | 2,025,452 | 2,854,952 | 3,121,452 | 3,384,952 | 1,999,152 | 3,848,452 | 4,175,334 | 4,775,334 | 5,278,334 | 3,848,452 | - |
| Additions | 26,300 | 13,500 | 16,500 | 13,500 | 13,500 | 83,300 | 22,200 | - | 3,000 | 49,200 | 74,400 | - |
| AR Cash Receipts | | | | | | | | | | | | 1,410,29[illegible] |
| Payments to Vendor | | | | | | - | | | | | - | - |
| Payments on LC's | - | 816,000 | 250,000 | 250,000 | 450,000 | 1,766,000 | 304,682 | 600,000 | 500,000 | 500,000 | 1,904,682 | 4,417,243 |
| Non AR Cash Receipts - Walmart LC's | | | | | | | | | | | - | - |
| Change | 26,300 | 829,500 | 266,500 | 263,500 | 463,500 | 83,300 | 326,882 | 600,000 | 503,000 | 549,200 | 74,400 | 5,827,534 |
| Ending Loan Balance | 2,025,452 | 2,854,952 | 3,121,452 | 3,384,952 | 3,848,452 | 3,848,452 | 4,175,334 | 4,775,334 | 5,278,334 | 5,827,534 | 5,827,534 | 5,827,534 |
| | | | | | | 7.89% | | | | | 7.89% | |
| **Letters of Credit Outstanding:** | | | | | | | | | | | | |
| Beginning Balance | 1,795,682 | 2,070,682 | 1,854,682 | 2,104,682 | 2,354,682 | 1,795,682 | 2,404,682 | 2,600,000 | 2,300,000 | 1,800,000 | 2,404,682 | 776,243 |
| Add'l LC's | 275,000 | 600,000 | 500,000 | 500,000 | 500,000 | 2,375,000 | 500,000 | 300,000 | - | - | 800,000 | 4,941,000 |
| Payments on LC's | - | 816,000 | 250,000 | 250,000 | 450,000 | 1,766,000 | 304,682 | 600,000 | 500,000 | 500,000 | 1,904,682 | 4,417,243 |
| Ending Letters of Credit O/S | 2,070,682 | 1,854,682 | 2,104,682 | 2,354,682 | 2,404,682 | 2,404,682 | 2,600,000 | 2,300,000 | 1,800,000 | 1,300,000 | 1,300,000 | 1,300,000 |
| **Total Bank Exposure** | 9,269,493 | 8,993,593 | 9,237,593 | 9,478,593 | 9,501,593 | 9,501,593 | 9,723,993 | 9,369,993 | 8,827,993 | 8,332,193 | 8,332,193 | 8,332,193 |
| **BORROWING BASE:** | | | | | | | | | | | | |
| Accounts Receivable Balance | 222,977 | 203,577 | 226,077 | 248,577 | 253,077 | 253,077 | 275,277 | 246,277 | 201,277 | 156,277 | 156,277 | [illegible] |
| Total Ineligibles | 222,977 | 203,577 | 226,077 | 248,577 | 253,077 | 248,577 | 275,277 | 246,277 | 201,277 | 156,277 | 156,277 | [illegible] |
| Eligible Accounts Receivable | - | - | - | - | - | 4,500 | - | - | - | - | - | |
| Advance Rate | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | 85% | |
| Available Accounts Receivable | - | - | - | - | - | 3,825 | - | - | - | - | - | |
| Inventory: | | | | | | | | | | | | |
| Inventory in Transit | | | | | | - | | | | | - | |
| Inventory on Hand | - | - | - | - | - | - | - | - | - | - | - | |
| Total Inventory | - | - | - | - | - | - | - | - | - | - | - | |
| Ineligible Inventory | | | | | | - | | | | | - | |
| Eligible Inventory | - | - | - | - | - | - | - | - | - | - | - | |
| Advance Rate | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | |
| Availability from Inventory | - | - | - | - | - | - | - | - | - | - | - | |
| LC's Issued to InGear fr Walmart | 2,041,000 | 1,825,000 | 2,075,000 | 2,325,000 | 2,375,000 | 2,375,000 | 2,600,000 | 2,300,000 | 1,800,000 | 1,300,000 | 1,300,000 | |
| Total Availability fr A/R, Inven. & LC Coll | 2,041,000 | 1,825,000 | 2,075,000 | 2,325,000 | 2,375,000 | 2,378,825 | 2,600,000 | 2,300,000 | 1,800,000 | 1,300,000 | 1,300,000 | |
| Cap | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | 12,000,000 | |
| Lesser of Eligible Collateral or Cap | 2,041,000 | 1,825,000 | 2,075,000 | 2,325,000 | 2,375,000 | 2,378,825 | 2,600,000 | 2,300,000 | 1,800,000 | 1,300,000 | 1,300,000 | |
| Less: Current Line Balance | 5,173,359 | 4,283,959 | 4,011,459 | 3,738,959 | 3,248,459 | 3,248,459 | 2,948,659 | 2,294,659 | 1,749,659 | 1,204,659 | 1,204,659 | |
| Less Ending Letters of Credit O/S | 2,070,682 | 1,854,682 | 2,104,682 | 2,354,682 | 2,404,682 | 2,404,682 | 2,600,000 | 2,300,000 | 1,800,000 | 1,300,000 | 1,300,000 | |
| **Available (Overadvance)** | (5,203,041) | (4,313,641) | (4,041,141) | (3,768,641) | (3,278,141) | (3,274,316) | (2,948,659) | (2,294,659) | (1,749,659) | (1,204,659) | (1,204,659) | |

InGear
Projected Payroll

PRELIMINARY DRAFT

| Employee | Salary | Monthly | | Bi-Weekly 02/08/08 | Accrued Vacation | Monthly Benefits | Bi-Weekly 02/22/08 | Bi-Weekly 03/07/08 | Bi-Weekly 03/21/08 | Bi-Weekly 04/04/08 | Bi-Weekly 04/18/08 | Bi-Weekly 05/02/08 | Bi-Weekly 05/16/08 | Title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin A | $ 175,000 | $ 14,600 | 100% | $ 6,731 | | $ 366 | 5,385 | | | | | | | Founder - Executive VP |
| Larry W | $ 175,000 | $ 14,600 | 100% | 6,731 | | 639 | 5,385 | | | | | | | Founder - Executive VP |
| Larry G | $ 175,000 | $ 14,600 | 100% | 6,731 | | 639 | 6,731 | 6,731 | 6,731 | | | | | Founder - CEO |
| Tom B | $ 120,000 | $ 10,000 | 100% | 4,615 | $ 28,717 | 176 | 3,092 | | | | | | | CFO |
| Ilene G | $ 74,000 | $ 6,200 | 100% | 2,846 | $ 9,852 | - | 2,846 | 2,846 | 2,846 | 2,846 | 2,846 | 2,846 | 2,846 | Director of Finance - AR/AP |
| Tracy B | $ 96,000 | $ 8,000 | 100% | 3,692 | $ 12,112 | 176 | 3,692 | 3,692 | | | | | | Vice President of Operations |
| Dave A | $ 145,000 | $ 12,100 | 100% | 5,577 | $ 14,874 | 539 | 4,462 | | | | | | | Vice President of Sourcing |
| Maurice W | $ 68,000 | $ 5,700 | 100% | 2,615 | $ 3,840 | - | 2,002 | | | | | | | Supply Team Manager - Wal-Mart/Sam's Club |
| Lisa E | $ 36,500 | $ 3,000 | 100% | 1,385 | $ 2,101 | 357 | 1,092 | 1,092 | 1,092 | | | | | Director Key Accounts |
| Ralph L | $ 170,000 | $ 14,200 | 100% | 6,538 | $ 6,286 | 539 | 6,538 | 6,538 | | | | | | Vice President Sales - Wal-Mart/Sam's Club |
| | $ 2,838,451 | $ 236,900 | | $ 78,632 | $ 109,613 | $ 3,233 | $ 41,915 | $ 20,900 | $ 10,669 | $ 2,846 | $ 2,846 | $ 2,846 | $ 2,846 | |
| | | $ (15,000) | | | | | | | | | | | | |
| | | $ 221,900 | | | | | | | | | | | | |