UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INGEAR CORPORATION, ) | The Honorable Pamela S. Hollis |
| ) | Case No. 08 B 02824 |
| Debtor ) | |
| ) | |

## ORDER REOPENING AUCTION OF DEBTOR'S ASSETS AND GRANTING OTHER RELIEF

This matter having come before the Court on (1) LaSalle Business Credit, LLC's ("**LaSalle**") oral motion ("**LaSalle's Motion**") to re-open the auction of the assets of InGEAR Corporation (the "**Debtor**") and (2) the Memorandum (the "**Memorandum**")[1] Of Law In Support Of LaSalle Business Credit, LLC's Objection To (i) The Sale Of Debtor's Intangible Assets And (ii) The Motion Of The ENE Group, LLC (the "**ENE Group Motion**") For The Entry Of An Amended Sale Order, Nunc Pro Tunc To March 11, 2008 And Related Relief; and it appearing that the relief requested in LaSalle's Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that notice of LaSalle's Motion was good and sufficient under the circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and the Court having considered the pleadings and statement of counsel; and good and sufficient cause appearing therefor:

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Memorandum.

477151.3 042314-41226

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in LaSalle's Motion and in the Memorandum is GRANTED.

2. The ENE Group's Motion is denied.

3. The Amended Asset Purchase Agreement between the Debtor and the ENE Group is hereby deemed null and void.

4. This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois

May ___, 2008

**ENTERED**

_____
UNITED STATES BANKRUPTCY JUDGE

MAY 13 2008

RICHARD M. BENDIX (#0168130)
MORGAN M. SMITH (#6287435)
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 346-1300
Facsimile: (312) 782-8416
rbendix@schwartzcooper.com
msmith@schwartzcooper.com

477151.3 042314-41226                                2