## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INGEAR CORPORATION, ) | The Honorable Pamela S. Hollis |
| ) | Case No. 08 B 02824 |
| Debtor ) | |
| ) | |

## AGREED ORDER EXTENDING TERMINATION DATE
## FOR POST-PETITION FINANCING

This matter having come before the Court on the oral motion of InGEAR Corporation, Debtor and Debtor-in-Possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case and LaSalle Business Credit, LLC ("**LaSalle**") for the entry of an agreed order extending the Termination Date[1] for post-petition financing set forth in that certain Agreed Final Order (A) Authorizing Debtor-In-Possession To Obtain Post-Petition Financing Pursuant To Section 364 Of The Bankruptcy Code, And (B) Granting Liens, Security Interest and Superpriority Claims (docket # 73) (the "**Final Order**"); and it appearing that the relief requested by the Debtor and LaSalle is in the best interest of the Debtor, its estate, its creditors, and other parties in interest:

### IT IS HEREBY ORDERED THAT:

1. The Termination Date in the Final Order is hereby modified to mean the first to occur of (i) June 16, 2008, or (ii) the occurrence of an Event of Default. All other provisions of the Final Order shall remain in full force and effect.

2. The Court shall conduct a status hearing on the Final Order on June 17, 2008.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Final Order and the DIP Loan Agreement.
484683.1 042314-41226

3.  This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois

May ___, 2008

**ENTERED**

_____
UNITED STATES BANKRUPTCY JUDGE

MAY 2 7 2008