## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INGEAR CORPORATION, | ) | The Honorable Pamela S. Hollis |
| | ) | Case No. 08 B 02824 |
| Debtor | ) | |
| | ) | |

## AGREED ORDER FURTHER EXTENDING TERMINATION DATE
## FOR POST-PETITION FINANCING

This matter having come before the Court on the oral motion of InGEAR Corporation, Debtor and Debtor-in-Possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case and LaSalle Business Credit, LLC ("**LaSalle**") for the entry of an agreed order extending the Termination Date[1] for post-petition financing set forth in (i) that certain Agreed Final Order (A) Authorizing Debtor-In-Possession To Obtain Post-Petition Financing Pursuant To Section 364 Of The Bankruptcy Code, And (B) Granting Liens, Security Interest and Superpriority Claims (docket # 73) (the "**Final Order**"), and (ii) that certain Agreed Order Extending Termination Date For Post-Petition Financing (docket # 196) (the "**First Extension Order**"); and it appearing that the relief requested by the Debtor and LaSalle is in the best interest of the Debtor, its estate, its creditors, and other parties in interest:

**IT IS HEREBY ORDERED THAT:**

1.    The Termination Date in the Final Order is hereby modified to mean the first to occur of (i) _July 8_, 2008, or (ii) the occurrence of an Event of Default. All other provisions of the Final Order shall remain in full force and effect.

2.    The Court shall conduct a status hearing on the Final Order on _July 8_, 2008. at _10:30 a.m._

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Final Order, the Extension Order, and the DIP Loan Agreement.

487354.1 042314-41226

3.    This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois

June  11, 2008

**ENTERED**

UNITED STATES BANKRUPTCY JUDGE