### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INGEAR CORPORATION, ) | The Honorable Pamela S. Hollis |
| ) | Case No. 08 B 02824 |
| Debtor ) | |
| ) | |

### AGREED ORDER FURTHER EXTENDING TERMINATION DATE
### FOR POST-PETITION FINANCING

This matter having come before the Court on the oral motion of InGEAR Corporation, Debtor and Debtor-in-Possession (the "Debtor") in the above-captioned chapter 11 bankruptcy case and LaSalle Business Credit, LLC ("LaSalle") for the entry of an agreed order extending the Termination Date[1] for post-petition financing set forth in (i) that certain Agreed Final Order (A) Authorizing Debtor-In-Possession To Obtain Post-Petition Financing Pursuant To Section 364 Of The Bankruptcy Code, And (B) Granting Liens, Security Interest and Superpriority Claims (Docket No. 73) (the "Final Order"), and (ii) that certain Agreed Order Further Extending Termination Date For Post-Petition Financing (Docket No. 271) (the "Fourth Extension Order"); and it appearing that the relief requested by the Debtor and LaSalle is in the best interest of the Debtor, its estate, its creditors, and other parties in interest:

**IT IS HEREBY ORDERED THAT:**

1. The Termination Date in the Final Order is hereby modified to mean the first to occur of (i) October 21, 2008, or (ii) the occurrence of an Event of Default. All other provisions of the Final Order shall remain in full force and effect.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Final Order, the previous Extension Orders, and the DIP Loan Agreement.
CHICAGO\2544508.1
ID\MMSM

2. Notwithstanding paragraph 1, above, any advances made by LaSalle pursuant to that certain Order to Compel LaSalle Bank to Pay Administrative Expense Obligations Including United States Trustee Quarterly Fees (Docket No. 283), shall be deemed made as part of the Post-Petition Loan under the Final Order.

3. This Order is a final Order and is effective *nunc pro tunc* September 23, 2008.

Dated: Chicago, Illinois

October 21, 2008

**ENTERED**

_____
UNITED STATES BANKRUPTCY JUDGE

2

CHICAGO\2544508.1
ID\MMSM